# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Saturn Landscape Plus, Inc. | ) ASBCA No. 59974 |
| | ) |
| Under Contract No. W91248-12-D-0002 | ) |

APPEARANCES FOR THE APPELLANT:    Theodore P. Watson, Esq.
Nicole L. Carter, Esq.
  Watson & Associates, LLC
  Aurora, CO

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Raymond R. Adams III, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 23 June 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59974, Appeal of Saturn Landscape Plus, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals